UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

Eastern District of Kentucky
**FILED**
OCT 20 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EVANS HALL, JR.,<br><br>Defendant. | )<br>)<br>)<br>) Criminal Action No. 7:20-CR-021-S-CHB<br>)<br>)<br>)<br>) **Verdict Form**<br>)<br>)<br>)<br>) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

We, the jury, unanimously find:

### Count One

With respect to Count One in the Superseding Indictment, we the jury find Defendant Charles Evans Hall, Jr.:

Guilty ✓          Not Guilty _____

### Count Two

With respect to Count Two in the Superseding Indictment, we the jury find Defendant Charles Evans Hall, Jr.:

Guilty ✓          Not Guilty _____

Date: 10-20-21                    Foreperson: 195