UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No.  7:20-CR-021-S-CHB-1        At  London        Date  February 22, 2022

USA vs Charles Evans Hall, Jr.     X  present    X  custody    __ bond    __ OR    Age ___

**DOCKET ENTRY:** The Court adopts the Presentence Report and Addendum prepared by the United States Probation Office as its findings, consistent with the Court's rulings on the objections. The PSR shall be filed in the record under seal in the event of an appeal. The oral motion by the United States to dismiss the underlying Indictment is **GRANTED**. The Court heard argument from counsel as to the proper sentence. The Court heard statements from the victim and the victim's mother. The Court heard a statement in support of defendant from his father and the defendant then allocuted. The Court orally announced the sentence and will issue a separate Judgment.

PRESENT:  HON. CLARIA HORN BOOM, UNITED STATES DISTRICT JUDGE

| Mike Mejia | Kathy Maloney | Jenna Reed |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft  Patrick O'Neill        X  present    __ retained    X  appointed

PROCEEDINGS:  SENTENCING (Non-Evidentiary)

- X  Objections to Presentence Report resolved as stated on the record.
- __  No objections to Presentence Report.
- __  The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.
- X  Court's Advice of Right to Appeal provided to Defendant.
- X  Transcript shall be deemed as written findings of Court.
- X  Judgment shall be entered (See Judgment & Commitment.)
- __  Defendant to remain on bond and on conditions of release.
- X  Defendant remanded to the custody of the United States Marshal.

Copies:  COR, USP, USM

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

Initials of Deputy Clerk    mrm
TIC: 2/20